COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-455-CV

SHERI KERN AND PETER KERN
 
APPELLANTS

V.

MICHAEL A. HARDIN AND RACHEL HARDIN
 APPELLEE
S

 
 

----------

FROM THE 16
TH
 DISTRICT COURT OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellants’ “Motion To Dismiss.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant
s, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  February 14, 2008

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.